**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 3:18-CR-30063-NJR-3 |
| ROBBIE WADE, | |
| Defendant. | |

## ORDER REDUCING SENTENCE

**ROSENSTENGEL, Chief Judge:**

Now before the Court is Defendant Robbie Wade's Motion for Reduced Sentence Pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 986). Wade seeks a reduction in sentence from 128 months' imprisonment to 126 months' imprisonment pursuant to 18 U.S.C. § 3582(c) and Part A of Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."). (*Id.*). The Government does not oppose the motion. (Doc. 988).

In Part A of Amendment 821, the Sentencing Commission altered the "status points" provision regarding criminal history, which now appears in U.S.S.G. § 4A1.1(e). Under the amended provision, a defendant who has 7 or more criminal history points and who committed the offense of conviction while under any criminal justice sentence receives 1 status point. A defendant who has 6 or less criminal history points and who committed the offense of conviction while under any criminal justice sentence receives no status points. The changes apply retroactively, though a court may not order the release of a defendant to occur before February 1, 2024. *See* § 1B1.10(e)(2) (Nov. 1, 2023).

Under Part A of Amendment 821, Wade would receive only one status point, not two, reducing his criminal history category and resulting in a lower advisory guideline range. Thus, the parties assert that a reduction from 128 months to 126 months is appropriate.

This Court agrees. Upon consideration of Wade's motion (Doc. 986), the Government's response (Doc. 988), the policy statement set forth at U.S.S.G. § 1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** Defendant Robbie Wade's motion and **ORDERS** that his sentence be reduced to a term of **126 months**. All other terms of the judgment in this case shall remain unchanged. This Order shall take effect on **February 1, 2024.**

**IT IS SO ORDERED.**

**DATED:   January 10, 2024**

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**